UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-23072 |
| Scott Landvatter, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR LEAVE TO SELL REAL PROPERTY

THIS CAUSE COMING ON TO BE HEARD upon the Debtor's Motion for leave to sell real property and the Court finding due notice having been given, and there being no objection to the sale having been filed, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Debtor is granted leave to sell the real property in accordance with the real estate contract set forth in Exhibit "A" and Exhibit "B" of the Motion, i.e. the property located at what is commonly known as 1700 East 56th Street, Unit 1504, Chicago, Cook County, Illinois.

3  The Debtor shall disburse any proceeds of the sale first to all usual and customary costs and expenses of closing and the payment of any liens, and assessments pursuant to the terms of the Contract and any addenda agreed to by the Parties;

4. The primary lien of BankFinancial, NA shall be paid in full pursuant to an official payoff letter from BankFinancial, NA.

5. After all the usual and customary costs and expenses of closing have been paid, and the payment of any liens have been paid, and assessments have been paid, the Debtor shall be paid the sum of $15,000.00 as and for his homestead exemption.

6. Any net proceeds from the sale of the real estate after payment of the amounts set forth in paragraph 3 and 4 of this Order, shall be turned over to the Chapter 13 Trustee, Thomas H. Hooper, and distributed in the manner proscribed in Debtor's Chapter 13 Plan as confirmed.

7. This order shall remain in effect until April 6, 2022, all actions set forth above shall be completed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 06, 2022

**Prepared by:**

Lorraine M. Greenberg
180 N. LaSalle Street, Suite 3700
Chicago, Illinois  60601
(312) 588-3330
ARDC NO.  3129023